BRODSKY MICKLOW BULL & WEISS, LLP
Philip E. Weiss, Esq. (No. 152523)
Edward M. Bull III (No. 141996)
Kurt L. Micklow, Esq. (No. 113974)
Jarrett B. Micklow, Esq. (No. 352356)
955 Harbor Island Drive, Suite 130
San Diego, California 92101
Telephone: (619) 225-8884
Facsimile: (619) 225-8801

Attorneys for Plaintiff
Sausalito Yacht Harbor

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.

ATTEST:
MARK B. BUSBY
Clerk, U.S. District Court
Northern District of California

by: _____
Deputy Clerk
Date:   03/16/2026

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SAUSALITO YACHT HARBOR, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>S/V DREAMER, a 1974 Choey Lee OS-40 Sailing Vessel of Approximately 39.5-Feet in Length and 11-Feet in Beam, U.S. Coast Guard Official No. 1147383, and All of Her Engines, Tackle, Accessories, Equipment, Furnishings and Appurtenances, *in rem*,<br><br>Defendant.<br>_____ | Case No. 3:26-cv-1921-KAW<br><br>IN ADMIRALTY<br><br>WARRANT FOR ACTION IN REM |

**TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA**:

**WHEREAS** a Verified Complaint has been filed in this Court in the above-entitled action against S/V DREAMER, a 1974 Choey Lee OS-40 Sailing Vessel of Approximately 39.5-Feet in Length and 11-Feet in Beam, U.S. Coast Guard Official No. 1147383, together with all of her engines, tackle, accessories, equipment, furnishings and appurtenances (the "DEFENDANT VESSEL") upon an admiralty and maritime claim asserted by PLAINTIFF in a total amount of not less than $40,566.20 (calculated through February 18, 2026), plus wharfage fees that additionally accrue through the date of the arrest of the DEFENDANT VESSEL, together with

interest thereon, and costs of suit herein, including attorneys' fees, and together with all other amounts which have been or are required to be disbursed by PLAINTIFF for the care, insuring, preservation, storage and mooring of the DEFENDANT VESSEL, and all other advances, expenses, fees, costs and disbursements by PLAINTIFF, together with post-judgment interest at the maximum statutory rate, for the reasons and causes therein stated, and praying for process of warrant for the arrest of said DEFENDANT VESSEL and her appurtenances, and that all persons with an interest in the DEFENDANT VESSEL or her appurtenances be cited to answer, and that the DEFENDANT VESSEL and her appurtenances may for the causes in the said Verified Complaint be condemned and sold to pay the demands of the PLAINTIFF.

**YOU ARE HEREBY COMMANDED** to seize the DEFENDANT VESSEL and her appurtenances, and to detain the same in your custody, or in the custody of an authorized Substitute Custodian, until the further Order of the Court respecting the same, and to give due public notice that claims of persons entitled to possession must be filed with the District Court and served upon the attorney for PLAINTIFF within fourteen (14) days after publication; that Answers to the Verified Complaint must be filed and served within twenty-one (21) days after the filing of the claim, or within such additional time as may be allowed by a Judge; that in lieu of an Answer, default may be noted and condemnation ordered; and that applications for intervention under Rule 24, Fed. R. Civ. P., by persons claiming maritime liens or other interests may be untimely if not filed within the time allowed for claims to possession.

**YOU ARE FURTHER COMMANDED** to file this process in this Court with your return thereon promptly after execution thereof, and to mail a copy thereof to the attorney at whose request the execution was effected.

Dated: March _16_, 2026        UNITED STATES DISTRICT COURT CLERK

*Mark B.Busby*

By: _____

Deputy Clerk

WARRANT FOR ACTION IN REM