BRODSKY MICKLOW BULL & WEISS, L.L.P.
Philip E. Weiss, Esq. (No. 152523)
Edward M. Bull III, Esq. (No. 141996)
955 Harbor Island Drive, Suite 130
San Diego, California 92101
Telephone: (619) 225-8884
Facsimile: (619) 225-8801

Attorneys for Plaintiff
Sausalito Yacht Harbor

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUSALITO YACHT HARBOR, a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> S/V DREAMER, a 1974 Choey Lee OS-40 Sailing Vessel of Approximately 39.5-Feet in Length and 11-Feet in Beam, U.S. Coast Guard Official No. 1147383, and All of Her Engines, Tackle, Accessories, Equipment, Furnishings and Appurtenances, *in rem*, <br><br> Defendant. | Case No. 4:26-cv-1921-KAW <br><br> IN ADMIRALTY <br><br> ORDER REQUIRING COURT CLERK TO ISSUE SUMMONS |

The Court having reviewed the Ex Parte Application For Order Requiring Court Clerk To Issue Summons [Docket Item No. 15] filed by SAUSALITO YACHT HARBOR ("PLAINTIFF"), and good cause therefore appearing, it is hereby

**ORDERED**, that the Clerk of the Court is authorized to issue a Summons for this case, Case No. 4:26-cv-1921-KAW.

Dated: April 15, 2026        HON. _____
                             Hon. Kandis A. Westmore
                             United States Magistrate Judge